# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-18-00007　　　　　　　　　　　　DATE: May 11, 2018

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 1:45 - 1:51

**APPEARANCES:**

Defendant: Joshua John Untalan Mesa　　　Attorney: Cynthia Ecube
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David　　　　　U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Arraignment on an Indictment**
- Court continues the matter after inquiring from the defendant and no response from him as to the indictment.
- Ms. Ecube informs the court that asked the defendant if he wanted the matter continued with no response from the defendant.
- Arraignment on an Indictment is set for May 14, 2018 at 11:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: