# THE DISTRICT COURT OF GUAM
**DISTRICTS OF GUAM AND THE NMI**
**PROBATION OFFICE**

**KIM R. WALMSLEY**
CHIEF U.S. PROBATION OFFICER

**MAIN OFFICE**
520 W SOLEDAD AVE FL 2
HAGÅTÑA, GUAM 96910
TEL: (671) 969-4600
FAX: (671) 969-4601



**GRACE D. FLORES**
DEPUTY CHIEF U.S. PROBATION OFFICER

**N.M.I. OFFICE**
PO BOX 502089
HORIGUCHI BUILDING RM 4D
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

June 28, 2018

Honorable Joaquin V.E. Manibusan, Jr.
Chief Judge
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

          Re: MESA, Joshua John Untalan
             USDC CR CS # 18-00007-001
             Third Party Custodian Report

Dear Judge Joaquin V.E. Manibusan, Jr:

  On April 26, 2018, a Complaint was filed in the District Court of Guam charging the defendant, Joshua John Untalan Mesa, with the offense, to wit: **Count 1:** Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii); **Count 2:** Depredation to Government Property, in violation of 18 U.S.C. § 1361 . The defendant was subsequently arrested and brought before the Court on the same date for an Initial Appearance hearing. The defendant was remanded to the custody of the U.S. Marshals Service.

  On May 9, 2018, the Federal Grand Jury returned a True Bill, which charged the defendant with the above referenced offenses. On May 11, 2018, the defendant appeared before your Honor for an Initial Appearance and Arraignment hearing. Your Honor continued the matter after inquiring from the defendant and the defendant refusing to respond. On May 14, 2018, the defendant was arraigned and a not guilty plea was entered because again the defendant refused to respond. The defendant's detention was continued.

  On May 10, 2018, U.S. Probation Officer Ricardo Leon Guerrero conducted an amended pretrial services report, which revealed an extensive criminal history, which includes a conviction of the defendant resisting arrest on May 31, 2008, several criminal Contempt of Court from the Honolulu Police Department on December 14, 2015 (pending verification), Assault of a peace officer on May 9, 2017 (pretrial release with the Superior Court of Guam), and the defendant's conduct during arrest for the instant offense (he tried to flee while HSI agents announced their presence and attempted to arrest the defendant).

  On June 25, this officer, accompanied by Officer Ricardo Leon Guerrero went to the proposed TPC's residence that is located at 135 Old GW Road B208 JPR apartments Mongmong, Guam. The defendant's girlfriend, Ms. Pearl Wagstaff is currently leasing the apartment and has lived at this residence since June 19, 2018. Ms. Wagstaff lives in a one bedroom and one bathroom apartment. There are no firearms in the residence. The defendant would be staying with Ms. Wagstaff and their 18 month old baby at this location. Ms. Wagstaff reported that she is capable of transporting the defendant for Court hearings and possibly for off-site drug testing.

Third Party Custodian Report
Re: Joshua John Untalan Mesa
Page 2

A criminal records check was completed on Ms. Wagstaff, which revealed no criminal history.

Based on the information above, this Officer recommends detention. It is important for the court to note that the defendant committed the instant offense while on pretrial release at the local court for charges of Assault of Peace Officer, Theft by Receiving Stolen Property, DUI with controlled substance with injuries, Leaving the Scene of an Accident with Injuries, Eluding a Police Officer, Reckless Conduct and Reckless Driving. Moreover, when HSI agents announced their presence and attempted to arrest him, the defendant tried to elude the agents by running into the jungle.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ LEE J. SAN NICOLAS
U.S. Probation Officer

Reviewed by:

 /s/ KIM R. WALMSLEY
Chief U.S. Probation Officer